```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

JOSHUA MOSES,                    1:19-cv-4811 (NLH)

      Petitioner,        **MEMORANDUM OPINION & ORDER**

  v.

WARDEN DAVID ORTIZ,

      Respondent.

**APPEARANCES**:

Craig Carpenito, United States Attorney
Jane Dattilo, Assistant United States Attorney
United State Attorney's Office for the District of NJ
970 Broad Street
7th Floor
Newark, NJ 07102

    Attorneys for Warden David Ortiz

Joshua Moses
55716-066
FCI-Fort Dix
Inmate Mail/Parcels
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner pro se

**HILLMAN, District Judge**

    WHEREAS, on March 6, 2020, the Court ordered Respondent David Ortiz to answer Petitioner Joshua Moses' petition for writ of habeas corpus under 28 U.S.C. § 2241, see ECF No. 6; and

    WHEREAS, on March 24, 2020, Chief Judge Freda Wolfson

issued Standing Order 20-04, <u>available</u> <u>at</u> https://www.njd.uscourts.gov/sites/njd/files/20-04.pdf, extending filing deadlines for an additional 45 days; and

    WHEREAS, Respondent requests an additional 30 days to file its answer, <u>see</u> ECF No. 8; and

    THEREFORE, IT IS on this <u>  22nd  </u> day of <u>May</u>, 2020

    ORDERED that Respondent's request for an extension of time, ECF No. 8, is granted.  Respondent's answer is due June 19, 2020; and it is finally

    ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail.

|  |  |
|---|---|
|  |  s/ Noel L. Hillman  |
| At Camden, New Jersey | NOEL L. HILLMAN, U.S.D.J. |